# LAW OFFICE OF GREGORY P. MOUTON, JR., LLC

**Gregory Paul Mouton, Jr.**, Principal

+1 646 706 7481 (t)
+1 646 706 7481 (f)
gmouton@moutonlawnyc.com

September 10, 2021

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Via ECF

Re:   Crespo v. Nat'l R.R. Passenger Corp., 20 Civ. 2637 (PKC)

Your Honor:

My office represents Plaintiff Miguel Crespo in the above-entitled action. In that capacity, I write to respectfully request an extension of time from September 10, 2021, to September 13, 2021, to file Plaintiff's Proposed Jury Instructions and Verdict Sheet, and email Plaintiff's proposed Joint Pretrial Order to Defendants.

I apologize for the last minute request, however, I am currently traveling and, upon going to file/email the documents, I discovered that they were corrupted on my encrypted flashdrive and have been working to recover the contents. I have recovered/reconstructed and filed Plaintiff's motion *in limine* and proposed *voire dire* questions. It is my intent to get the documents recovered/reconstructed prior to September 13, 2021, but the time is requested in case any difficulties arise.

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/
Gregory Paul Mouton, Jr., Esq.

cc:

Ronald Joseph, Esq. (via ECF)
Landman Corsi Ballaine & Ford P.C.
*Attorneys for Defendants*
120 Broadway, 13th Floor
New York, NY 10271

*Handwritten note:* Application granted and defendants may have a 3 day extension as well. Letter motions (Doc 31 and 33) are terminated. SO ORDERED /s/ P. Kevin Castel USDJ 9-13-21