# LAW OFFICE OF GREGORY P. MOUTON, JR., LLC

Gregory P. Mouton, Jr., Principal

+1 646 706 7481 (t)
+1 646 706 7481 (f)
gmouton@moutonlawnyc.com

November 17, 2021

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

11-17-21

Via ECF

Re: <u>Crespo v. Nat'l R.R. Passenger Corp.</u>, 20 Civ. 2637 (PKC)

Your Honor:

    My office represents Plaintiff Miguel Crespo in the above-entitled action. In that capacity, I respectfully submit this letter respectfully requesting an extension of time to file supplemental letter briefs on trial issues as directed by the Court. The requested extension is from November 17, 2021, to November 22, 2021. Counsel for Defendants, Ronald Joseph, Esq., consents to this request, and the request does not affect any dates in this matter as the trial has not yet been scheduled.

    The reason for this request is that the numerous trials and hearings that I previously informed the Court that I was engaged in throughout the month of November have been more time consuming than expected, and the short adjournment will allow me to complete the research and drafting of the letter brief so that the Court can make a decision on the issues therein.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/
Gregory Paul Mouton, Jr., Esq.

cc:

Ronald Joseph, Esq. (via ECF)
Landman Corsi Ballaine & Ford P.C.
*Attorneys for Defendants*
120 Broadway, 13th Floor
New York, NY 10271